IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:14-CR-00040-MO-3 |
| v. | **FINDINGS AND** |
| | **RECOMMENDATION** |
| MARY JOSETTA POYER, | |
| Defendant. | |

TO THE HONORABLE MICHAEL W. MOSMAN, UNITED STATES DISTRICT JUDGE:

Upon defendant's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules

of Criminal Procedure, this matter came on for hearing before U.S. Magistrate Judge Stacie F.

Beckerman on May 21, 2015, with the written consents of the defendant, counsel for the defendant,

and counsel for the United States of America.

The hearing on defendant's plea of guilty was in full compliance with Rule 11, Federal Rules

of Criminal Procedure, before the Magistrate Judge in open court and on the record.

Page 1 - FINDINGS AND RECOMMENDATION

In consideration of that hearing and the statements made by the defendant under oath on the record and in the presence of counsel, and the remarks of the Assistant United States Attorney and of counsel for defendant,

I FIND as follows:

(1)     that defendant understands the nature of the charge against her to which the plea is offered;

(2)     that defendant understands her right to trial by jury, to persist in her plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and her right against compelled self-incrimination;

(3)     that defendant understands what the maximum possible sentence is, including the effect of the supervised release term, and defendant understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4)     that the plea of guilty by the defendant has been knowingly and voluntarily made and is not the result of force or threats or of promises apart from the plea agreement between the parties;

(5)     that defendant is competent to plead guilty;

(6)     that the defendant understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7)     that there is a factual basis for the defendant's plea; and further,

**I RECOMMEND that the Court accept defendant's plea of guilty.**

Page 2 - FINDINGS AND RECOMMENDATION

Any objections to the Findings and Recommendation are due fourteen (14) days from service. If no objections are filed, then the Findings and Recommendation will go under advisement on that date. If objections are filed, any response is due within fourteen (14) days. When the response is due or filed, whichever date is earlier, the Findings and Recommendation will go under advisement.

Dated this 21st day of May, 2015.

STACIE F. BECKERMAN
United States Magistrate Judge